No. 00–5551. SHELLMON *v.* CAMBRA, WARDEN. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis*

granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Slack* v. *McDaniel*, 529 U. S. 473 (2000). 